PROB 12C
(6/16)

Report Date: April 21, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Jason Tatsey                Case Number: 0980 2:21CR00042-TOR-1

Address of Offender:                                Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Brian Morris, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 20, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 846; Money Laundering, 18 U.S.C. § 1956(a)(1)(A)(II) | |
| Original Sentence: | Prison - 88 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie Van Marter | Date Supervision Commenced: April 28, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 27, 2025 |

## PETITIONING THE COURT

**To issue a warrant.**

On April 29, 2021, the judgment and sentence was reviewed with Mr. Tatsey. He signed the document acknowledging an understanding of his conditions of supervision, which included mandatory condition number 3.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged Mr. Tatsey is in violation of his conditions of supervised release by consuming fentanyl pills on April 21, 2022.

On April 21, 2022, the undersigned officer received information from the Washington State Department of Corrections (DOC) that Mr. Tatsey had allegedly consumed fentanyl pills on the morning of April 21, 2022, and overdosed on said drugs. DOC was unsure of the status of Mr. Tatsey.

Prob12C
Re: Tatsey, Ryan Jason
April 21, 2022
Page 2

The undersigned officer then spoke with Mr. Tatsey's mother, who confirmed the information to be correct. She disclosed that Mr. Tatsey's use of fentanyl pills was intentional as it was alleged he was suicidal and having a mental health episode. Due to the nature and circumstances of the information received by Mr. Tatsey's mother, and the fact the Mr. Tatsey poses a danger to himself and the community, a warrant is being respectfully requested.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 21, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

April 21, 2022
Date