PROB 12C
(6/16)

Report Date: April 22, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 22, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Jason Tatsey                                  Case Number: 0980 2:21CR00042-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Brian Morris, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 20, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 846; Money Laundering, U.S.C. § 1956(a)(1)(A)(II) |
| Original Sentence: | Prison - 88 months     Type of Supervision: Supervised Release
TSR - 48 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter     Date Supervision Commenced: April 28, 2021 |
| Defense Attorney: | Federal Defenders Office     Date Supervision Expires: April 27, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) with the violation report submitted to the Court on April 21, 2022.

On April 29, 2021, the judgment and sentence was reviewed with Mr. Tatsey. He signed the document acknowledging an understanding of his conditions of supervision, which included mandatory condition number 2.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

2                   **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime.

                    **Supporting Evidence**: Ryan Tatsey allegedly violated the terms of his supervised release by committing a new law violation, specifically 2nd Degree Rape, a Class A felony, in violation of RCW 9A.44.050, on or about April 20, 2022, in Spokane Washington.

                    According to the Spokane Police Department (SPD) report in reference to case number 2022-20066271, an officer with the SPD was dispatched to Sacred Heart Medical Center (SHMC) on April 21, 2022, at approximately 8 p.m.

                    The complainant, a SHMC nurse, reported a juvenile (age 14) rape victim had been sexually assaulted the evening prior by Ryan Tatsey, who is the father of a friend of the victim. On the evening on April 20, 2022, Ryan Tatsey supplied his underage daughter and her underage friend with alcohol.

Prob12C
Re: **Tatsey, Ryan Jason**
**April 22, 2022**
Page 2

The victim arrived at the hospital with a family member of the victim's friend. The victim was overheard speaking to her mom. The victim reported that she had been penetrated by Mr. Tatsey's fingers and penis, and that he had performed oral sex on her. The victim had reported that she was in and out of consciousness during the event. She further reported that she laid in bed for approximately 1 hour waiting for Mr. Tatsey to fall asleep. She then exited the bedroom and reported the incident to her friend's grandmother.

It was reported that Mr. Tatsey was confronted by the grandmother and he had reportedly sped off in a vehicle. He was involved in a collision and it was speculated that he was attempting to kill himself.

The victim did not want to file a report with law enforcement and left the hospital before law enforcement arrived.

A sexual assault kit was completed. The kit and the clothing were placed into evidence.

At the time of the SPD report, probable cause had not yet established, as a statement from the victim had not yet obtained.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/22/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

April 22, 2022
Date